**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) MDL No. 1431 (MJD/JGL) |
| This Document Relates to: | ) |
| JOHN E. JANSSEN, | ) Case No. 02-0441 |
| Plaintiff, | ) |
| vs. | ) STIPULATION OF DISMISSAL |
| BAYER CORPORATION and GLAXOSMITHKLINE, | ) |
| Defendants. | ) |

**O R D E R**

IT IS HEREBY ORDERED, pursuant to the above Stipulation, that Plaintiff's Complaint in the above-referenced matter is hereby Dismissed with Prejudice, each party to bear its own costs and attorney fees.

JUN 2 3 2005

Michael J. Davis
United States District Judge

SCANNED
JUN 2 4 2005
U.S. DISTRICT COURT MPLS